UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JOEL BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:11-cv-00089 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| CHARTER COMMUNICATIONS, LLC | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

*[handwritten: Motion GRANTED]*

**DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendant Charter Communications, LLC ("Defendant"), by and through counsel, respectfully moves this Court for leave to file a reply in support of its Motion for Summary Judgment that does not exceed 10 pages. As grounds, Plaintiff Joel Brooks ("Plaintiff") filed a response to Defendant's motion and Defendant believes a reply to assertions made therein is necessary and would clarify the issues to the benefit of the Court.

As is consistent with the Court's Order granting Charter an enlargement of time to file a Reply, Defendant seeks to file its Reply brief on or before Tuesday, September 18, 2012. (*See* Doc. No. 32).

N MMS01 925279 v1
2832066-000003 09/14/2012
Case 1:11-cv-00089   Document 34   Filed 09/14/12   Page 1 of 2 PageID #: 481
Case 1:11-cv-00089   Document 35   Filed 09/17/12   Page 1 of 1 PageID #: 483