UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JOEL BROOKS, | ) |
| | ) |
| Plaintiff, | ) No. 1:11-cv-00089 |
| | ) JUDGE HAYNES |
| v. | ) |
| | ) |
| CHARTER COMMUNICATIONS, LLC | ) JURY DEMAND |
| | ) |
| Defendant. | ) |

*[handwritten notation: Quash / Thurmahm / GRANTED / 9-17-12]*

## DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Defendant Charter Communications, LLC ("Defendant"), by and through counsel, respectfully moves this Court for leave to file a reply in support of its Motion for Summary Judgment that does not exceed 10 pages. As grounds, Plaintiff Joel Brooks ("Plaintiff") filed a response to Defendant's motion and Defendant believes a reply to assertions made therein is necessary and would clarify the issues to the benefit of the Court.

As is consistent with the Court's Order granting Charter an enlargement of time to file a Reply, Defendant seeks to file its Reply brief on or before Tuesday, September 18, 2012. (*See* Doc. No. 32).