IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| JOEL BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:11-0089 |
| | ) | Chief Judge Haynes |
| CHARTER COMMUNICATIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The final pretrial conference in this action is **re-set for Wednesday, December 19, 2012 at 3:00 p.m.**

It is so **ORDERED**.

ENTERED this the 28th day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court