IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOEL BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:11-cv-00089 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| CHARTER COMMUNICATIONS, LCC, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

In accordance with the Memorandum filed herewith, the Defendant's, Charter Communications, LCC, motion for summary judgment (Docket Entry No. 27) is **GRANTED**. This action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the ___ day of December, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court